# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DILLON SHADLE, | |
| Petitioner, | 8:16CV494 |
| vs. | |
| SCOTT FRAKES, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on, what the court construes as, Petitioner's motion for additional documents and an extension of time to file a brief in response to Respondent's summary judgment motion. ([Filing No. 15](#).) The court's order on initial review ([Filing No. 8](#)) set forth that Petitioner could file a motion with the court requesting additional state court records in the event he believed Respondent's designation of state court records to be insufficient. The order set forth that "[s]uch motion must set forth the documents requested and *the reasons the documents are relevant to the cognizable claims*." (*Id*. at CM/ECF pp. 6-7 (emphasis added).) Petitioner has made no showing concerning the relevance of the records he seeks. Accordingly,

IT IS THEREFORE ORDERED that: Petitioner's motion ([Filing No. 15](#)) is granted in part, and denied in part. Petitioner's request for additional documents is denied. However, the court will grant Petitioner an extension of time to file a brief in response to Respondent's summary judgment motion. Petitioner must file his brief no later than **May 10, 2017**. Respondent shall file a reply brief or notice of case submission no later than thirty days thereafter.

Dated this 26th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge